PD-1340-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/23/2015 9:28:59 AM
Accepted 4/23/2015 9:31:55 AM
ABEL ACOSTA
CLERK

# THE LAW OFFICE OF JAMES F. PONS

**10900 NORTHWEST FRWY. HOUSTON, TX. 77092 P (832) 372-8138 F (713) 869-8330**

FILED IN
COURT OF CRIMINAL APPEALS

April 23, 2015

April 23, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 – Capitol Station
Austin, TX 78711

ABEL ACOSTA, CLERK

RE:  KEVIN LAVELLE KENT v. THE STATE OF TEXAS, Case No.: PD-1340-14
Trial Court No.: 1253665

Dear Mr. Acosta:

I plan to present oral argument in the above case in Austin on Wednesday, May

20, 2015 at 9:00 AM.


A copy of this notice is being sent to the attorney of record.


        /s/ James Pons
JAMES F. PONS
SBN: 24041707
10900 Northwest Frwy., Ste. 230
Houston, TX 77092
PH (832)372-8138
F (713)869-8330